Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

_Savannah_ Division

David B. Gray

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

joe Stewart CFO /Barnes Restaurant
Margo E. Westmoreland OSHA Area Dir.
Spencer Mathis Adm. Hearing Officer
Maria Colon Regional Investigator

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **CV424-051**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David B. Gray |
| Address | 1306 E. 67th St. Unit A |
| City | Savannah |
| State | Ga |
| Zip Code | 31404 |
| County | Chatham |
| Telephone Number | 912 844-2113 |
| E-Mail Address | gray249@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Joe Stewart/ Barnes Restuarant |
| Job or Title (if known) | CFO |
| Address | 5320 Waters Ave |
| City | Savannah |
| State | Ga |
| Zip Code | 31404 |
| County | Chatham |
| Telephone Number | 912 353-8745 |
| E-Mail Address (if known) | |

[✔] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Margo E. Westmoreland |
| Job or Title (if known) | Area Director, OSHA Savannah |
| Address | 450 Mall Blvd. suite J |
| City | Savannah |
| State | Ga |
| Zip Code | 31406 |
| County | Chatham |
| Telephone Number | 912 652-4393 |
| E-Mail Address (if known) | |

[✔] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Spencer Mathis
- Job or Title (if known): Administrative Hearing Officer
- Address: 148 Andrew Young Intl Blvd suite 525
  - City: Atlanta
  - State: Ga
  - Zip Code: 30303
- County: Fulton
- Telephone Number: 404 232-3900
- E-Mail Address (if known): appeals@gdol.ga.gov

[✔] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name: Maria Colon
- Job or Title (if known): Regional Investigator OSHA
- Address: Fort Lauderdale Fla. 1000 S.Pine Island Rd. Suite 100
  - City: Fort Lauderdale
  - State: Fl
  - Zip Code: 33324
- County: Lee
- Telephone Number: 407 392-8299
- E-Mail Address (if known): colon.maria@dol.gov

[✔] Individual capacity  [✔] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [✔] Federal officials (a *Bivens* claim)

   [✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Deprivation of Civil Rights while acting Under Color of Law
   Denied Due Process under the 14th Amendment
   Obstruction of Justice
   Rackteering

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Deprivation of Civil Rights while acting Under Color of Law
Denied Due Process Under the 14th Amendment
Obstruction of Justice
Racketeering

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The initial Hearing Officer changed evidence which will continuosly be up held throughout this case

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Barnes Restaurant  5320 Waters Ave Savannah Ga.31404

B. What date and approximate time did the events giving rise to your claim(s) occur?

Filed an OSHA inquiry on Sunday, August 25th 2019 and I was fired Monday, August 26th 2019.
24 hours later

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I tried to connect with the EEOC but they did not want anything to do with my case.

They have failed in their effort to uphold the duty and oath of the organization.

It is unknown what entity has intimidated them to the point that they cannot do their job.

[See attached statement of facts]



DAVID GRAY <gray249@gmail.com>

## Statement of Facts

**DAVID GRAY** <gray249@gmail.com>                                   Thu, Mar 7, 2024 at 1:15 PM

On Sunday August 25th 2019, I prepared an online inquiry with OSHA in regards to the safety of myself and my fellow employees. This was after (5) years of complaining and writing letters to the management and to the Owner of Barnes Restaurant. At the time of filing the OSHA inquiry my work schedule consisted of three days per week, Monday, Tuesday and Wednesday, with the rest of the week off.

I was fired within 24 hours after filing an online inquiry with OSHA. It was done immediately so that I wouldn't be a part of the OSHA inspection, Had one actually taken place.

I filed an OSHA inquiry on that Sunday, (which was an off-day) and when I went to work on Monday evening,( a scheduled work day), I had already been fired. I was met at the door by assistant manager, Damien Butler who told me not to clock in and that I would have to talk to the restaurant manager, Reginald Stephenson.

keep in mind that the restaurant manager also makes up the schedule so he knows what time I'm scheduled to work. The restaurant manager and I created my work schedule together and I have always had Saturdays off. Besides, I was fired by a guy named Joe Stewart.

Being denied an opportunity to work has never happened to me so I knew it was because I expressed my health and safety concerns through an OSHA inquiry.

Since being employed at N.A. Barnes Restaurant I have never had any type of disciplinary action, reprimand, suspension, not even a warning of any kind.

Firing me was a blatant violation of OSHA's Retaliation Provisions under Section 11 (C) of the Occupational Safety and Health Act.

As willful as this action was, what really hurts is that to this very day, nothing has been done. No citations, no recommendations, no fines, no warnings, absolutely nothing. No penalties at all. (RICO)

This was a very serious and willful act on behalf of N.A.Barnes Restaurant and I am seeking the maximum penalty for this violation.

This also falls under the category of Wrongful Termination because I was fired unlawfully and as punishment for talking to OSHA.

No one has ever known why I stopped working Fridays at Barnes Restaurant. It was because they were robbed on the weekend of Saturday August 3rd 2019. It was never reported to any news or media outlets and I only found out because one of the young ladies who had a pistol pointed in her face told me.

There was no counseling for these young ladies involved in this dangerous encounter, no weekend security guard was put in place, nothing was done. Management said nothing.
( check my facts) It was business as usual. Only a person with a great power and influence could have pulled this off. (RICO)

Additionally, reporting this would have been bad for business. So, instead of taking other safety precautions and implementing situational protocols to not only protect the employees, but also the customers. Barnes Restaurant chose to cover it up and tell no one. I have never felt safe working in Barnes Restaurant after this incident.

Friday, August 30th, 2019, was payday, my last pay day as a matter of fact. And I was thinking I'll pick up my paycheck, get my separation notice and I'll be on my way. But my paycheck could not be found, It was being held captive by Joe Stewart.

He wanted to speak with me. But, What actually took place was nothing more than a deposition. Turns out Joe Stewart is the (CFO) Chief Financial Officer for N.A. Barnes Restaurant. He is the one who fired me. Now he's trying to pick me for information. He said he wanted to make sure I was being treated fairly.     How ironic !

Since I had never met him, I told him that I would be recording our conversation.
( And I'm very glad I did), Our recorded conversation took about 10 minutes where we discussed paid vacations, pay raises and some of the restaurant's health and safety issues.

Joe Stewart refused to give me a separation notice. Nowhere within our 10-minute conversation do you hear Joe Stewart mention anything about why I was fired. "Let me get this straight." I was fired on Monday, it is now Friday. You have already taken me off the schedule. And you have already received a copy of the inquiry from OSHA but, you still don't know why I've been fired. Remember his name again is Joe Stewart.

The things that Joe Stewart has done should land him in jail with a big fine, but nothing will happen to him because, he is being protected by power and influence.(RICO)

I have a copy of the 10-minute deposition which took place. I can play this recording for anyone who wants to hear it. (It's practically a Smoking Gun).

On Tuesday September 3rd 2019, without a separation notice I filed for unemployment benefits.

At the time of separation an employer is required by employment security law to provide the employee with a separation notice properly executed stating the reason for the separation. I would then be required by law to take the separation notice to the Department of Labor in regards to unemployment benefits. But I could not.

N.A. Barnes Restaurant's  failure to provide a timely separation notice adversely impacted my opportunity to obtain unemployment benefits. This is a serious violation and unemployment benefits should have been automatically granted.

Again, the unemployment security law provides penalties for making false statements or failing to disclose material facts concerning unemployment insurance claims. I am seeking the maximum penalties for these violations.

On Monday September 9th 2019, I received a DOL unemployment benefits determination letter Showing that  $2,012.45 had been removed from my financial statement. This was done to lower my weekly benefits had I received any.

 Someone went through my records using my social security number and erased this from my financial records. This statement came from the Georgia department of Labor.

Also on this date, (Coincidentally)?, I received a letter from Margo E. Westmoreland.
 She is the area director of OSHA in the Savannah Area.
 The office is located at 450 Mall Boulevard, Savannah Georgia 31406. (About a 10 minute drive away from Barnes restaurant)

  OSHA complaint # 1492820
This letter starts off with a straight up lie saying that a copy of the employer's letter and documentation are enclosed. They were not, so I called the office the next day and left a message that I would need to see the pictures and documentation because they were not enclosed as the letter had indicated.

 It is unknown why It took 16 days, but on September 26th 2019, I received a copy of the same letter from Margo E. Westmoreland along with documentation from my former employer, (N.A. Barnes Restaurant), along with some said to be before and after pictures of so-called repaired items. But upon further review, none of the before and after pictures match.

Additionally, I noticed that the employer's complaint response form did not have a complaint number. The words are scribbled about so that you cannot actually read it, but I figured it out.

 There are five items on this employer complaint response form. After I went through all 5 items, I noticed that everything about it is fraudulent and fictitious. Everything is simply a lie. All the photos  are in black and white having only a  2" x 3" photo placed in the middle of an 8.5" x 11" sheet of paper So, I blew them up to full size so I can analyze them. Here's what I found :

Item#1 Joe Stewart states the leg on the deep fryer came off during the repairing of the floor. Have you seen pictures of the floor? It does not look repaired to me. It still looks the same as my last day working at Barnes Restaurant. It's Business as usual.

Item#2 Joe Stewart states that he has cleaned and repaired the deep fryer when all he did was take pictures of a deep fryer from the catering side of the restaurant. (He lied). Just look at the pictures. It's really simple. He just lied to an OSHA official, which is a violation. Along with Obstruction of Justice and Concealment of Evidence, because he is lying. It is also Libel and Slander. Joe Stewart/N.A. Barnes Restaurant has filed a fictitious report and has submitted fictitious pictures. This is nothing more than Reckless Negligence, because they do not care about safety or providing the truth.

The cover-up has now become bigger than the crime.

Item#3 is a picture of a meat slicer which only needed a screw. It can't be determined from this black and white picture if they actually fixed it. Why are they focusing on such a small item, one screw, they need to be focusing on repairing/replacing the whole restaurant.

Item#4 is about personal protective equipment (PPE). Barnes Restaurant shows no pictures of PPE, because they have no PPE to show. They simply do not care about safety, only their bottom line. Barnes restaurant has no safety program in place. None at all.

Item#5 is about investigative findings/what action was taken.
For their answer they have, (see attached employee handbook excerpt). But I'm quite sure nowhere in the employee handbook does it state that you will be fired for communicating with government agencies.

There has never been an on-site inspection.
I have never seen any type of resolution on
OSHA complaint #1 4 9 2 8 2 0.

Also received on this day, (Coincidentally)?(September 26th 2019), documentation from Ms. Maria Colon, Regional Investigator, U.S. Department of Labor OSHA, Fort Lauderdale Florida area office 1000 S. Pine Island Road Suite 100 Fort Lauderdale, Florida 33324.

On the phone she never mentioned that she was located in Florida, just that she was a regional investigator for OSHA.

Why is this case being handled by someone in Fort Lauderdale Florida and not Atlanta Georgia? This is a Georgia case. I want Georgia law to apply.

I think this happened because Barnes Restaurant has several repeated violations and that's why this case is being handled by someone in another state. (RICO)

Ms. Maria Colon has received all the documentation I have on my case, but the only thing she has pursued is trying to get me signed-up for the OSHA'S alternative dispute resolution (ADR).

There has never been any discussion about how Barnes Restaurant has made safety improvements. Or how Barnes Restaurant now has safety classes, which are mandatory for each employee. Or how they now have personal protective equipment in place. Nope, I have not had that discussion with her. Although she is an investigator, she has investigated nothing.

There has never been an on-site inspection.

Margo E. Westmoreland, area director of OSHA Savannah and Maria Colon Regional investigator for OSHA, Fort Lauderdale, Florida. These two OSHA Representatives have done nothing at all. I've sent picture after picture and I have told them about years of neglect which includes rust, mold and mildew all over the restaurant, especially in the walk-in cooler, where the food is kept.

I explained how the air conditioning in the kitchen area has never ever worked. And how some of the electrical outlets have wires hanging out and covered with burnt marks all around them from catching fire. This is because Barnes Restaurant has an electrical problem. Drop cords are being used all over the place for years, instead of the 30 day maximum required by OSHA safety rules. I also told these 2 OSHA officials how the plumbing would unexpectedly backup and have the restaurant smelling like a sewer plant.
Thank God this mostly happened after closing while using water to clean the flooring.

I explained to the OSHA officials that the fire suppression system over the fryers is old and outdated and has never worked since I have been employed there. This fire suppression system is from 1970, I looked it up on the internet.

Additionally, I explained to the OSHA officials how we had to manually change hot grease from the fryers using pots and pans, never filtering the grease, just spraying the machines out with water and using pots, pans, and a couple of 5 gallon buckets, because Barnes Restaurant refuses to buy a grease filtering machine. To me this was primitive, nasty and a good way to get hurt.

And I just can't forget about all the off the clock cash payments every day.

I've seen employees make 40 plus hours per. week, but half of that, was off the clock. How long has that been going on? I don't know, but I know employees had to sign a payment list and that Barnes Restaurant kept records of the payments on a daily basis.
Somebody tell me I'm lying.

This is called tax evasion which falls under, guess what?
Racketeer influenced and corrupt organization Act (RICO).

A tip is different from being fully paid in cash for working off the clock. Keep in mind this is a multimillion-dollar corporation.

Barnes Restaurant has shown me over and over again that they do not care about the safety and well-being of their employees. I have written several letters to management and to the owner, Hugh Barnes, about health and safety hazards all around the restaurant. But, no matter what, it did not matter to them.
It has always been business as usual and they have never responded to any of my letters. Never, not even one. I am being denied access to my employee file right now, because there is so much more evidence inside.

U.S. Department of Labor and the 2 OSHA officials have failed in their findings and in their conclusions of laws. I was quite surprised since OSHA is said to be the number one safety organization in America who takes care of these types of problems.

OSHA's inadequate response to my complaint has led to the non-compliance of all health and safety issues at Barnes Restaurant. They have done nothing to rectify any of the problems.

This has become a RICO case. It's all about power and influence. N.A. Barnes Restaurant has failed to have a system that monitors the health and safety of its employees.

I was employed at Barnes Restaurant for almost six years and I do not recall ever having a safety meeting. Here's a question: when was the last time Barnes Restaurant conducted a safety audit to recognize safety hazards around the restaurant? Answer to the question. Never. There is absolutely no personal protective equipment inside Barnes Restaurant, not one item.

This is a terrible Legacy from what I've heard about their father who founded the business. He was a cornerstone of the community and everyone loved him. But, it's a different story with his children who now run the business.

Margo E. Westmoreland, Area Director of OSHA, Savannah and Maria Colon, Regional Investigator, U.S. Department of Labor, OSHA, Fort Lauderdale Florida, have willfully accepted the fraudulent filings and misrepresentations as filed by Joe Stewart /N.A. Barnes Restaurant. They have become partners in a case involving Tort Conspiracy, Reckless Negligence, Libel and Slander, Obstruction of Justice, Concealment of Evidence, and the Deprivation of my Civil Rights Under the Color of Law.

These and other issues will be decided in Federal District Court by a judge and a jury. I will be seeking actual and punitive damages

All right, let's get back to the Georgia Department of Labor, Joe Stewart/ Barnes Restaurant. As you recall I applied for unemployment benefits Sept. 3rd, 2019. For (6) weeks straight the Department of Labor monitored and manipulated my claim based on my Social Security number. (RICO)
Power and influence.

Every time I would go into the Department of Labor's job search system, I could never get in and I did not know why.

That is until one day I was headed to the Department of Labor and I rushed in because I had to use the bathroom. I washed my hands and went straight to the computers. And guess what? I was able to get into the system. But, I had not checked in at the front desk where it is mandatory for everyone to put in a social security number as a requirement to use the computer. This was no coincidence.

The Department of Labor has been monitoring my claim all the while. Manipulating a person's identity through a social security number is called identity theft/ electronic fraud.

For 6 weeks, twice a week, (12 times),my job search information and request for weekly benefits were being erased out of the system. This is why I had to reopen my claim. It was because I was erased out of the system. This was done to protect Barnes restaurant.

I still have not received a separation notice.
However, because I was able to get into the system, the Department of Labor now had to set up an initial claims interview. This should have taken place six weeks ago when I first applied for unemployment benefits. This means I've been being denied equal access under the law. Due to no separation notice due process has never been established.

A few days later, still without a separation notice, I received a call from the initial claims Examiner, someone by the name of C.Snelling.

He denied my claim stating that I failed to work my scheduled days and that my reasons were personal. He actually wrote that as part of his reasoning for making a claim determination.

His statement exhibits bias. Other than speaking to this person on the phone for about 2 minutes on October 22nd 2019, I do not know anything about this person. I kept explaining to them that I did not work on (Saturdays) and that the day in question August 24th 2019, was a (Saturday). My regularly scheduled day off.

Nevertheless, I appealed the decision of the initial claims examiner and was able to finally get some information/paperwork in regards to my unemployment benefits claim.

(EEOC) On October 13th 2019 I tried to contact the EEOC through their portal system but the system was down. The very next day I went to the EEOC. I prepared an intake questionnaire and signed it.

After waiting 45 minutes I left the questionnaire along with documented evidence of my case on the desk, under the glass at, 7391 Hodgson Memorial drive Savannah Georgia

In the meantime, I filed a request for the production of documents / employee records to Barnes Restaurant on October 20, 2019. And just like all my previous attempts to make contact there has been no response.(RICO)

I would like to make an assessment that since Barnes Restaurant will not honor my request for the production of documents/ employee records. That I be awarded actual and punitive damages to be determined by the judge.

There is plenty more evidence in my employee file, including letters addressed to the management and to the ownership of Barnes Restaurant to take care of the health and safety problems.

On October 31st 2019, I received a copy of the initial claims examiner's determination.This document states that signed, adequate and timely separation information was received. Really, the claim is already 2 months old. I applied for benefits September 3rd 2019, without a separation notice.

Also inside was a DOL 1199FF . Which was filed September 17th 2019. This document is used to give a more detailed account of why I was fired.

It presents the following questions:

What date was the employee advised he was discharged?
What date did the violation described above occur?
The answer to both of these questions August 24th 2019,   (a Saturday)

By processing and filing false and fictitious statements on the DOL -1199FF questionnaire, Joe Stewart, the CFO of Barnes Restaurant has committed several violations and should be prosecuted by the laws provided.

Proceeding along with my claim for unemployment insurance a telephone hearing was held November 18th 2019 docket number 23381-1

Without a separation notice due process has not been established. This is an illegal hearing.

When I asked questions about my separation notice Spencer Mathis, the hearing officer said that it did not matter. But it does according to Georgia law. Employers are required to prepare a separation notice for each employee. Regardless of how the separation occurred. His response shows he thinks he is above the law. As expected, my claim was denied.

Upon receiving the decision of the administrative hearing officer under the findings of facts paragraph 2 line 4 the hearing officer changes the whole case narrative by claiming Friday August 23rd 2019, as the date in question when it clearly is not.
August 24th 2019, is the date that Joe Stewart of Barnes Restaurant has listed as the day I was discharged and as the date the violation occurred. This is clearly a violation of my civil rights and the hearing officer has made himself the focus of my claim.

Additionally, Joe Stewart has listed Friday August 23rd 2019, as my last day working. So there goes that Friday theory.

The actions of this hearing officer in changing the date in question exhibits bias and Prejudice and was done with the apparent authority of law, but actually in contravention of the law. This is straight-up plain and simple an abuse of power.

Keep in mind Barnes Restaurant never changed the date in question. It was the hearing officer, Spencer Mathis. He personally changed the date. He is employed by the Georgia Department of Labor and they are responsible for his actions. This was done to protect Barnes restaurant.

Nevertheless, I appealed the decision of the hearing officer, Spencer Mathis, based on the grounds that he is not using actual material evidence, but his own set of alternative facts. The outcome of this case was just determined by his actions and will continuously be upheld by the Georgia Department of Labor.(RICO)

On Thanksgiving Day, November 27th 2019, I received a media threat from Hugh Barnes, the owner of N.A. Barnes Restaurant. He called me a few curse words and threatened me with physical harm and even suggested that I meet him somewhere to settle if I am man enough. My suggestion to him is to use all the same enthusiasm while you're making real safety changes to the restaurant. (what about that?)

I sent a copy of the media threat that I received to the Department of Labor, who instead of taking this serious threat into account, changes venues from a Board of Review case I filed December 2nd 2019 into a (Remand).(RICO)

This (Remand) more or less opens the door for a do-over in the form of another telephone hearing. I believe this was done to cover-up the threatening actions of Hugh Barnes. This is known as witness intimidation.

 I would have filed for a peace warrant against the owner of Barnes Restaurant, but I did not have any money due to financial difficulties.
This threat was made knowing that nothing would happen to him because of his power and influence. Just more Rico.

On January 16th 2020, I received my W-2 tax statement from Barnes restaurant and inside I found a copy of a separation notice from Barnes Restaurant.

It was prepared by Joe Stewart and dated September 5th 2019.{I applied for unemployment September 3rd,2019} Although it is not legit, it contains no Department of Labor account number, it contains no instructions for the employee to follow in regards to an unemployment claim. But it does contain the date of August 24th 2019, as the last day of employment.
 (A Saturday.)

On January 28th 2020, a second administrative telephone hearing was conducted. The hearing officer Tou Lo gave a Repeat Performance of the first hearing. All questions were basically the same and the same information given.
I also asked him about a newly received separation notice and his reply was just as the first hearing officer stating that it did not matter. I was also given the same results. I was denied access to unemployment insurance benefits.

This second telephone hearing was nothing more than a sham and a way to make my claim for unemployment benefits look as if it is a new claim.(RICO)

At this particular point do you think it's about the money? $98 for 14 weeks. 14 weeks have been long gone since I first applied for unemployment benefits. This (RICO) case is about me being fired under the OSHA Retaliation Provision Section 11 (C) of the Occupational Safety and Health Act. This unemployment scam between Barnes Restaurant and the Georgia Department of Labor is nothing new. N.A. Barnes Restaurant has always had a high turnover rate so I'm sure they do this on a daily basis, which is why they are so blatant with their actions. It's nothing more than business as usual.

On Saturday, February 8th 2020, I sent an appeal to the Board of Review Who more or less accepted all of the prior decisions made to deny me access to unemployment benefits.

Since I filed an appeal to the board of review that was denied, I now have to file a Motion for Reconsideration, which I filed on March 17th 2020.(RICO)

On April 1st 2020, I received a decision on the Motion for Reconsideration, which was filed March 17th. And of course I was denied. This decision was from the Board of Review. Which is what I expected from this (Rico styled case).

I'll say this about the Department of Labor; it has a very elaborate scheme. They have continued to pass this case along delaying Justice concealing evidence and violating my civil rights. All to help Barnes Restaurant.

Just think about how many people they have done this to. It's almost like the Georgia department of labor works for Barnes restaurant.

( EEOC) May 23rd 2020 I tried to contact them through their online portal system but again, the system was down.

(EEOC) January 26th 2021 I tried to contact them through their online portal system but again, the system was down. We are in a covid -19 pandemic at this time.

(EEOC) October 12th 2021 I tried to send an email letter to the EEOC explaining my case to them. But my email message was blocked and rejected.

(EEOC) October 15th 2021 I sent a letter with a return receipt address card. I received the card back 6 weeks later with no reply attached.

The EEOC wanted nothing to do with my case. They have failed to uphold the oath of office. Their silence is golden. I'm sure they have accumulated several complaints about Barnes restaurant. They are derelict in their duties and have failed to uphold the oath of the EEOC.

About 5 months later, on March 11th 2022,
I received a letter informing me that my whistleblower claim with OSHA was being dismissed basically, for lack of evidence.

This lets me know that none of the overwhelming amount of evidence that I've given to OSHA was ever submitted.

That's what makes this a RICO case.

It has all the elements. The same participants, the same pattern of activity, the very same methods, and of course me, the same victim.

The secretary findings of case
4-4910-19-096. Paragraph 4 which reads,
the respondent maintains the complaint was terminated on Saturday, August 24th 2019, for not showing up for work for his schedule shift on Friday, August 23rd 2019. WHAT? ? ?

So, Why not just say, he was fired for not showing up for work on August 23rd 2019?

Nevertheless, here is the DOL -1199 FF form, which was prepared, signed and submitted by Joe Stewart the CFO of Barnes restaurant.

Again, this document lists 8/24/19, as the date the employee was advised he was discharged.
It also has 8/24/19, as the date the violation occurred. And it lists Friday, 8/23/19, as the last day worked. Even the fake separation
notice has 8/24/2019 listed as the date of termination.   A ( Saturday)

Additionally, In this judgment I see the investigator States, I did not file my complaint within 30 days of the alleged adverse action and my case is deemed untimely. But I was already involved with the local OSHA officials. It is unknown what the outcome of OSHA
complaint #1492820. The fact that it was not included in your judgment means that you are part of the conspiracy.

Most recently on February 27th 2024, the Department of Public Health issued a score of (41) in regards to the monthly inspection at Barnes restaurant. Which is definitely the lowest score I have ever seen for a restaurant.

My name is David Gray and this is my statement of facts concerning Barnes Restaurant. I have pictures and documents to back up everything that I've stated.

Additionally, this statement of facts can serve as an affidavit should one be needed.

*David B. Bray*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like my Civil Rights restored.

Joe Stewart/ Barnes Restuarant has filed fraugulent information pertaining to my claim for unemployment benefits.

The Hearing Officer [Spencer Mathis], changed vital infomation to help protect and benefit Barnes Restuarant.

Following the same pattern of activity and using the same fraudulent information. OSHA has co-conspired with Barnes Restuarant and the Ga. Department of Labor in denying me monetry benefits and justice.

I am seeking an award of 500,000 dollars in actual and punitive damages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/09/2024

Signature of Plaintiff: *David B. Gray*

Printed Name of Plaintiff: David B. Gray

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

*City    State    Zip Code*

Telephone Number: 
E-mail Address:

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gray, David B.

### DEFENDANTS
Stewart, Joe / Barnes Restuarant

**(b)** County of Residence of First Listed Plaintiff: **Chatham**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Chatham**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
(912) 844-2113
1306 E. 67th St. Unit A
Savannah Ga. 31404

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Deprivation of Civil Rights Under the Color of Law   18 U.S.C. § 242

Brief description of cause:
Suing my former employer for filing false documentation and for violating the RICO Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $500,000 Dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 3/09/2024
SIGNATURE OF ATTORNEY OF RECORD: *David B. Gray*

FOR OFFICE USE ONLY



# U.S. District Court

**Georgia Southern - Savannah, 8 Southern Oaks Ct., Savannah, GA 31405 - PH: 912-650-4020**

Receipt Date: Mar 11, 2024 1:40PM

David Gray
1306 E 67th St. Unit A
Savannah, Ga 31404

Rcpt. No: 400001353                     Trans. Date: Mar 11, 2024 1:40PM                     Cashier ID: #WP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: CV424-51

Thank you for your payment. Only when the check or money order clears the bank or the credit of funds are verified by the bank, will the fee or debt be officially paid or discharged. A $53 fee will be charged for a returned payment. Should you wish to pay on-line, by Credit Card or ACH, please visit our website at https://www.gasd.uscourts.gov/ and click on the Pay.gov tab.